IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harris, Annette M | Case Number: 08 B 09717 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 4/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: June 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,522.00 | |
| Secured: | | 900.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,393.07 |
| Trustee Fee: | | 228.93 |
| Other Funds: | | 0.00 |
| Totals: | 3,522.00 | 3,522.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 2,800.00 | 2,393.07 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 7. | GMAC Auto Financing | Secured | 6,930.86 | 900.00 |
| 8. | Washington Mutual | Secured | 9,390.80 | 0.00 |
| 9. | Washington Mutual | Secured | 2,720.00 | 0.00 |
| 10. | Citi Residential Lending Inc | Secured | 2,228.00 | 0.00 |
| 11. | HomeComings Financial Network | Secured | 100.00 | 0.00 |
| 12. | Chase Home Finance | Secured | 100.00 | 0.00 |
| 13. | Chase Home Finance | Secured | 1,421.15 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 9,681.22 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 690.60 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 404.89 | 0.00 |
| 17. | Capital One | Unsecured | 5,628.48 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 250.43 | 0.00 |
| 19. | Capital One | Unsecured | 7,375.78 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 195.16 | 0.00 |
| 21. | GMAC Auto Financing | Unsecured | 8.99 | 0.00 |
| 22. | Verizon Wireless Midwest | Unsecured | 105.58 | 0.00 |
| 23. | Discover Financial Services | Unsecured | 14,834.28 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 10,191.83 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 5,031.91 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris, Annette M

Printed: 9/30/08

Case Number: 08 B 09717
Judge: Wedoff, Eugene R
Filed: 4/20/08

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 632.18 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 12,493.37 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 5,529.45 | 0.00 |
| 29. | Nicor Gas | Unsecured | 809.04 | 0.00 |
| 30. | Home Depot | Unsecured | | No Claim Filed |
| 31. | Citi Cards | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |

$ 99,554.00          $ 3,293.07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 228.93 |

$ 228.93

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

